**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SWIFT ENERGY USA, INC., | : | Case No. 15-12669 (MFW) |
| a Delaware corporation, | : | |
| | : | |
| Debtor. | : | **Re: Docket No. 2** |
| | : | |
| Employer's Tax Identification No.: 20-3948212 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SWIFT ENERGY COMPANY, | : | Case No. 15-12670 (MFW) |
| a Texas corporation, | : | |
| | : | |
| Debtor. | : | **Re: Docket No. 2** |
| | : | |
| Employer's Tax Identification No.: 20-3940661 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SWIFT ENERGY INTERNATIONAL, INC., | : | Case No. 15-12671 (MFW) |
| a Delaware corporation, | : | |
| | : | |
| Debtor. | : | **Re: Docket No. 2** |
| | : | |
| Employer's Tax Identification No.: 76-0476721 | : | |

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SWIFT ENERGY GROUP, INC., | : | Case No. 15-12672 (MFW) |
| a Delaware corporation, | : | |
| | : | |
| Debtor. | : | **Re: Docket No. 2** |
| | : | |
| Employer's Tax Identification No.: 20-3948150 | : | |

NAI-1500749462v2

| | |
|---|---|
| In re<br><br>SWIFT ENERGY ALASKA, INC.,<br>a Delaware corporation,<br><br>   Debtor.<br><br>Employer's Tax Identification No.: 20-4576493 | : Chapter 11<br>:<br>: Case No. 15-12673 (MFW)<br>:<br>:<br>: **Re: Docket No. 2**<br>:<br>: |
| In re<br><br>SWIFT ENERGY OPERATING, LLC,<br>a Texas limited liability company,<br><br>   Debtor.<br><br>Employer's Tax Identification No.: 20-3892961 | : Chapter 11<br>:<br>: Case No. 15-12674 (MFW)<br>:<br>:<br>: **Re: Docket No. 2**<br>:<br>: |
| In re<br><br>GASRS LLC,<br>a Texas limited liability company,<br><br>   Debtor.<br><br>Employer's Tax Identification No.: 76-0354381 | : Chapter 11<br>:<br>: Case No. 15-12675 (MFW)<br>:<br>:<br>: **Re: Docket No. 2**<br>:<br>: |
| In re<br><br>SWENCO-WESTERN, LLC,<br>a Texas limited liability company,<br><br>   Debtor.<br><br>Employer's Tax Identification No.: 74-2190449 | : Chapter 11<br>:<br>: Case No. 15-12676 (MFW)<br>:<br>:<br>: **Re: Docket No. 2**<br>:<br>: |

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| SWIFT ENERGY EXPLORATION SERVICES, INC., a Texas corporation, | : Case No. 15-12677 (MFW) : : : **Re: Docket No. 2** |
| Debtor. | : : |
| Employer's Tax Identification No.: 20-3402199 | : : |

## ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Motion for an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases (the "Motion");[1] the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

respective chapter 11 case shall be the file and docket for Swift Energy Company (the "Main Case"), Case No. 15-12670 (MFW).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as <u>Exhibit 1</u> when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "Swift Energy Company, *et al.*" The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. Except for the docket in the Main Case, an entry shall be made on the docket in each of the other above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of: Swift Energy Company (Tax I.D. 0661); Swift Energy International, Inc. (Tax I.D. 6721); Swift Energy Group, Inc. (Tax I.D. 8150); Swift Energy USA, Inc. (Tax I.D. 8212); Swift Energy Alaska, Inc. (Tax I.D. 6493); Swift Energy Operating, LLC (Tax I.D. 2961); GASRS LLC (Tax I.D. 4381); SWENCO-Western, LLC (Tax I.D. 0449); and Swift Energy Exploration Services, Inc. (Tax I.D. 2199). The docket of Swift Energy Company in Case No. 15-12670 (MFW) should be consulted for all matters affecting this case.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above captioned chapter 11 cases.

Dated: January 5, 2016
      Wilmington, Delaware

                                     THE HONORABLE MARY F. WALRATH
                                     UNITED STATES BANKRUPTCY JUDGE